The decision below is signed as a decision of the court.

Signed: July 06, 2005.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| GOLAM H. KOWKABI and KAREN W. KOWKABI, | ) ) ) | Case No. 03-01556 (Chapter 11) |
| Debtors. | ) ) | |
| _____ | ) ) | |
| GIRLSONGS, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | Adversary Proceeding No. |
| v. | ) ) | 05-10021 |
| NINE F, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

DECISION RE INEFFECTIVENESS OF NOTICE OF REMOVAL

The debtor Gholam Hossein Kowkabi Notice of Removed Action purporting to treat this matter, pending as Girlsongs, *et al.* v. Nine F, Inc., *et al.*, Civil Action No. 05-00155 (EGS) in the United States District Court for the District of Columbia, as removed to this court pursuant to a notice of removal filed in the district court. The notice of removal was a nullity. See In re The Academy, Inc., 288 B.R. 286 (Bankr. M.D. Fla. 2002) (action already pending in federal district court cannot be

"removed" to the bankruptcy court by the filing of a notice of removal; it must be "referred" to bankruptcy court by the district court); <u>Sharp Electronics Corp. v. Deutsche Fin'l Servs. Corp.</u>, 222 B.R. 259 (Bankr. D. Md. 1998) (same); <u>Mitchell v. Fukuoka Daiei Hawks Baseball Club (In re Mitchell)</u>, 206 B.R. 204 (Bankr. C.D. Cal. 1997) (same); <u>In re Croley</u>, 121 B.R. 412 (Bankr. D.D.C. 1990) (same).  Accordingly, the court will treat the Notice of Removed Action as ineffective and close this adversary proceeding.  An order follows.

[<u>Signed above.</u>]

Copies to:

Office of the United States Trustee; all counsel of record; Honorable Emmet G. Sullivan.